664

*Hostetler* for respondent.

No. 337. Consolidated Coppermines Corp. *v.* Nevada Consolidated Copper Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George B. Thatcher, John P. Gray,* and *Joseph R. Cotton* for petitioner. *Messrs. William Wallace* and *Wm. E. Colby* for respondent.

No. 340. National Park Bank *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John C. Crawley* and *Dallas S. Townsend* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *Wm. Cutler Thompson* for the United States.

No. 341. Rutledge, Receiver, *v.* Bristol, Trustee. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. C. McBride* for petitioner. *Messrs. Maco Stewart, Jr., John Neethe,* and *Robert Allan Ritchie* for respondent.

No. 345. Rabkin *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Biggs* for the United States.